Date: 09/28/10  Page:

# DIVIDENDS REMITTED TO THE COURT

#151101

Case Number 09-20775 - PRATNICKI, EDWARD

| Creditor | Claim No. | Amount Allowed | Amount Paid | |
|---|---|---|---|---|
| City of Cleveland<br>Division of Water<br>PO Box 94540<br>Cleveland, OH 44101-4540 | 000013 | 259.03 | 4.68 | ck<br>113 |
| (13-1) unpaid compensation for services performed on 09-09-09 to 11-13-09 | | | | |
| (13-1) angela_irons@clevelandwater.com, 12463059001, new account #:8108810000 | | | | |
| THE ILLUMINATING CO BANKRUPTCY DEPARTMENT<br>6896 MILLER RD SUITE 204<br>BRECKSVILLE OH 44141 | 000014 | 135.05 | 2.44 | ck<br>114 |
| (14-1) electric service<br>ACCOUNT NO. 0324 | | | | |

---------- Remittance Total ---------------                                   394.08        7.12

*Richard Baumgart* (signature)

RICHARD A. BAUMGART, Trustee



FILED 2010 OCT -8 PM 2:54 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND