Date: 11/22/10    RECP # 151423    CK # 126 + 127    Page:

## DIVIDENDS REMITTED TO THE COURT

Case Number 09-20775 - PRATNICKI, EDWARD

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| City of Cleveland<br>Division of Water<br>PO Box 94540<br>Cleveland, OH 44101-4540 | 000013 | 259.03 | 2.45 <br> #126 |
| (13-1) unpaid compensation for services performed on 09-09-09 to 11-13-09 | | | |
| (13-1) angela_irons@clevelandwater.com, 12463059001, new account #:8108810000 | | | |
| THE ILLUMINATING CO BANKRUPTCY DEPARTMENT<br>6896 MILLER RD SUITE 204<br>BRECKSVILLE OH 44141 | 000014 | 135.05 | 1.27 <br> #127 |
| (14-1) electric service<br>ACCOUNT NO. 0324 | | | |
| ---------- Remittance Total --------------- | | 394.08 | 3.72 |

*Richard Baumgart*

RICHARD A. BAUMGART, Trustee

